| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Patrick George Linn** | Social Security number or ITIN | xxx–xx–5540 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Jacquelynn Delina Linn** | Social Security number or ITIN | xxx–xx–6148 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Georgia** Court website: www.ganb.uscourts.gov | | Date case filed for chapter  **13**   3/22/19 | |
| Case number:   **19–40662–bem** | | | |

[Official Form 309I]

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov). Copy fees or access charges may apply. A free automated response system is available at 866–222–8029 (Georgia Northern). You must have case number, debtor name, or SSN when calling.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Patrick George Linn | Jacquelynn Delina Linn |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 134 Farrar Rd Cohutta, GA 30710–9705 | 134 Farrar Rd Cohutta, GA 30710–9705 |
| 4. | **Debtor's attorney** Name and address | Daniel R. Saeger Rickman & Associates, P.C. 706 S Thornton Ave. Ste. D Dalton, GA 30720 | Contact phone 706–529–5566 Email: dan@whitfieldcountylaw.com |
| 5. | **Bankruptcy trustee** Name and address | Mary Ida Townson Chapter 13 Trustee Suite 2200 191 Peachtree Street, NE Atlanta, GA 30303–1740 | Contact phone 404–525–1110 www.atlch13tt.com |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | M. Regina Thomas Clerk of Court Room 339, Federal Building 600 East First Street Rome, GA 30161–3187 | Office Hours: 8:00 a.m. – 4:00 p.m. Court website: www.ganb.uscourts.gov Contact phone 706–378–4000 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend.<br>Bring a copy of this notice with you. Creditors may attend, but are not required to do so. Cellular phones and other devices with cameras are not allowed in the building. | **April 29, 2019 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>TO THE DEBTOR: Bring an original government issued photo ID and confirmation of social security number. Provide the Trustee a copy of your most recently filed tax return seven days prior to the meeting, but DO NOT FILE WITH THE COURT.<br><br>TO OTHER PARTIES: Objections to confirmation must be filed and served in accordance with FRBP 3015 at least seven days before the date set for the confirmation hearing. | Location:<br>**Room 111, Federal Building, 600 East First Street, Rome, GA 30161** |
| **8. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 6/28/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/31/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 9/18/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>**To file a claim electronically,** visit www.ganb.uscourts.gov and access the ePOC tab.<br><br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the plan or schedules filed by the debtor.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of Plan, Hearing on Confirmation of Plan, Allowance and Approval of Debtor's Counsel Attorneys Fees** | Debtor's counsel is responsible for mailing the plan if not filed contemporaneously with the petition.<br>The hearing on confirmation will be held:   Date: **5/30/19** ,     Time: **09:30 AM** ,     Location: **Room 342, Federal Building, 600 East First Street, Rome, GA 30161** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |

United States Bankruptcy Court
Northern District of Georgia

In re:
Patrick George Linn
Jacquelynn Delina Linn
    Debtors

Case No. 19-40662-bem
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 113E-6     User: mks     Page 1 of 2     Date Rcvd: Mar 25, 2019
                       Form ID: 309i     Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2019.
```
db/jtdb        Patrick George Linn,    Jacquelynn Delina Linn,    134 Farrar Rd,    Cohutta, GA  30710-9705
22223982       Best Buy/CBNA,    701 E 60th St N,    Sioux Falls, SD  57104-0432
22223985      +Fed Loan Servicing,    PO Box 60610,    Harrisburg, PA 17106-0610
22223991       Receivables Performance,    20818 44th Ave W Ste 140,    Lynnwood, WA  98036-7709
22223995       US Department of Education,    2505 S Finley Rd,    Lombard, IL  60148-4867
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: dan@whitfieldcountylaw.com Mar 25 2019 22:34:34     Daniel R. Saeger,
                Rickman & Associates, P.C.,    706 S Thornton Ave. Ste. D,    Dalton, GA  30720
tr            +E-mail/Text: ebn@atlch13tt.com Mar 25 2019 22:37:58     Mary Ida Townson,    Chapter 13 Trustee,
                Suite 2200,    191 Peachtree Street, NE,    Atlanta, GA 30303-1770
cr            +EDI: RMSC.COM Mar 26 2019 01:53:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
22223980       EDI: AAEO.COM Mar 26 2019 01:53:00      Aaron Rents,    1015 Cobb Place Blvd NW,
                Kennesaw, GA  30144-3672
22223981       EDI: GMACFS.COM Mar 26 2019 01:53:00      Ally Financial,    PO Box 380901,
                Bloomington, MN  55438-0901
22223983       EDI: CAPITALONE.COM Mar 26 2019 01:53:00      Capital One Bank USA, N.A.,    PO Box 30285,
                Salt Lake City, UT  84130-0285
22223984       EDI: CHASE.COM Mar 26 2019 01:53:00      Chase Card,    301 N Walnut St Fl 9,
                Wilmington, DE  19801-3971
22223986       E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Mar 25 2019 22:38:27
                JH Portfolio Debt Eq,    5757 Phantom Dr Ste 225,    Hazelwood, MO  63042-2429
22223987       EDI: CBSKOHLS.COM Mar 26 2019 01:53:00      Kohls/Capital One,    PO Box 3043,
                Milwaukee, WI  53201-3043
22223987       E-mail/Text: bncnotices@becket-lee.com Mar 25 2019 22:35:08     Kohls/Capital One,
                PO Box 3043,    Milwaukee, WI  53201-3043
22223988       EDI: MID8.COM Mar 26 2019 01:53:00      Midland Funding, LLC,    2365 Northside Dr # 300,
                San Diego, CA  92108-2709
22223989       Fax: 407-737-5634 Mar 25 2019 23:04:32      Ocwen Loan Servicing,    1661 Worthington Rd Ste 100,
                West Palm Beach, FL  33409-6493
22223990       EDI: PRA.COM Mar 26 2019 01:53:00      Portfolio Recovery,    120 Corporate Blvd Ste 100,
                Norfolk, VA  23502-4952
22227131      +EDI: PRA.COM Mar 26 2019 01:53:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
22223992       E-mail/Text: bankruptcy@republicfinance.com Mar 25 2019 22:37:38     Republic Finance, LLC,
                1100 E Walnut Ave Ste 5,    Dalton, GA  30721-4171
22223993       EDI: RMSC.COM Mar 26 2019 01:53:00      Syncb/Amazon PLCC,    4125 Windward Plz,
                Alpharetta, GA  30005-8738
22223994       EDI: RMSC.COM Mar 26 2019 01:53:00      Syncb/Walmart,    4125 Windward Plz,
                Alpharetta, GA  30005-8738
                                                                                                TOTAL: 17

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 113E-6          User: mks                Page 2 of 2             Date Rcvd: Mar 25, 2019
                              Form ID: 309i            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2019 at the address(es) listed below:
          Daniel R. Saeger    on behalf of Joint Debtor Jacquelynn Delina Linn dan@whitfieldcountylaw.com, kim@whitfieldcountylaw.com;thegeorgialawfirm@gmail.com
          Daniel R. Saeger    on behalf of Debtor Patrick George Linn dan@whitfieldcountylaw.com, kim@whitfieldcountylaw.com;thegeorgialawfirm@gmail.com
          Mary Ida Townson    courtdailysummary@atlch13tt.com
          TOTAL: 3