**UNITED STATES BANKRUPTCY COURT**, Northern District of Georgia
Rome Division
Room 339, Federal Building
600 East First Street
Rome, GA 30161–3187
www.ganb.uscourts.gov

In
Re:   **Patrick George Linn**          Case No.: **19–40662–bem**
                                        Chapter: **13**
      **Jacquelynn Delina Linn**        Judge: **Barbara Ellis–Monro**

## *ORDER SETTING DEADLINES FOR DEBTOR TO CORRECT FILING DEFICIENCY(IES)*

The Debtor filed a petition under the United States Bankruptcy Code on 3/22/19 . This case contains one or more filing deficiencies that must be corrected. Deficiencies in the items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to the Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.ganb.uscourts.gov.

**To be filed by 03/29/19**
None Apply

**To be Filed by 04/05/19**
Chapter 13 Plan, complete with signatures (to be served by debtor's counsel, if applicable)
Certificate of Credit Counseling
Pay Advices: (A) Copies of Pay Stubs (or other evidence of payment) received from any employer within 60 days prior to filing or alternatively (B) a Statement signed by the Debtor certifying within 60 days prior to filing, the Debtor 1 did not receive pay stubs from any employer and was either Unemployed, self–employed or other explanation.

**To be filed by 04/21/19**
None Apply

**If, by the dates set forth above, i) the Debtor fails to file the required papers or correct the deficiencies; ii) no request for an extension of time is pending; or iii) neither the debtor nor any party in interest has requested a hearing thereon, the Court may dismiss this case without further notice or hearing.**

**The Clerk will serve this order on Debtor, Debtor's counsel, and Trustee.**

SO ORDERED, on March 25, 2019.

Form 430b December 2018

Barbara Ellis–Monro
United States Bankruptcy Judge

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                Case No. 19-40662-bem
Patrick George Linn                                                   Chapter 13
Jacquelynn Delina Linn
        Debtors

## CERTIFICATE OF NOTICE

District/off: 113E-6          User: mks              Page 1 of 1              Date Rcvd: Mar 25, 2019
                              Form ID: 430b          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2019.
db/jtdb         Patrick George Linn,   Jacquelynn Delina Linn,   134 Farrar Rd,   Cohutta, GA   30710-9705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2019 at the address(es) listed below:
              Daniel R. Saeger    on behalf of Joint Debtor Jacquelynn Delina Linn dan@whitfieldcountylaw.com,
               kim@whitfieldcountylaw.com;thegeorgialawfirm@gmail.com
              Daniel R. Saeger    on behalf of Debtor Patrick George Linn dan@whitfieldcountylaw.com,
               kim@whitfieldcountylaw.com;thegeorgialawfirm@gmail.com
              Mary Ida Townson    courtdailysummary@atlch13tt.com
                                                                                             TOTAL: 3