```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                            ROME DIVISION
```

IN RE:  PATRICK G. LINN AND           {   CHAPTER 13
        JACQUELYNN D. LINN,           {
                                      {
        DEBTOR(S)                     {   CASE NO. R19-40662-BEM
                                      {
                                      {   JUDGE ELLIS-MONRO

### OBJECTION TO CONFIRMATION

COMES NOW MARY IDA TOWNSON, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1. The Debtor(s)' payments under the proposed plan are not current.

2. The Plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d). (63 months).

3. The Debtor(s) has proposed to make payments directly to the Trustee but should be required to have them remitted by payroll deduction.

4. The Debtor(s) has failed to provide the Trustee with a copy of the federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i).

5. The Debtor(s)' Statement of Financial Affairs is inaccurate and/or incomplete; the Trustee is unable to determine the feasibility of the proposed plan. 11 U.S.C. Section 1325(a)(6); specifically, question #4 Patrick Linn's 2018-2019 year to date gross income appears to be inaccurate.

6. The Chapter 13 Plan fails to provide the correct creditor name and collateral for the claim of PHH Mortgage Corporation and complete collateral and purchase date for the claim of Ally Financial, preventing the Trustee from properly administering this plan.

Mary Ida Townson, Chapter 13 Trustee
Suite 2200
191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
404-525-1110
albertg@atlch13tt.com

      7. The Chapter 13 budget fails to include expenses for food; thereby, possibly rendering the proposed Chapter 13 plan payment to be infeasible, in violation of 11 U.S.C. Section 1325(a)(6).

      8. After review of scheduled income and anticipated household expenses, Debtor(s)' proposed budget may fail to provide sufficient funds for ordinary living expenses, in possible violation of 11 U.S.C. Section 1325(a)(6).

      9. The Chapter 13 budget included with the schedules reflect a monthly disposable income of $974.83; however, only $350.00 per month is proposed to be remitted to the plan, thereby indicating a lack of good faith in proposing the instant repayment plan, 11 U.S.C. Section 1325(a)(3).

      10. The payout of the claim(s) owed to PHH Mortgage Corporation will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d).

      WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny confirmation of this Debtor's(s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

May 3, 2019

                                                                 /s  
                                          Albert C. Guthrie, Esq.  
                                          for Chapter 13 Trustee  
                                          GA Bar No. 142399

Mary Ida Townson, Chapter 13 Trustee  
Suite 2200  
191 Peachtree Street, N.E.  
Atlanta, GA 30303-1740  
404-525-1110  
albertg@atlch13tt.com

R19-40662-BEM

**CERTIFICATE OF SERVICE**

      This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

PATRICK G. LINN
134 FARRAR RD
COHUTTA, GA 30710-9705

JACQUELYNN D. LINN
134 FARRAR RD
COHUTTA, GA 30710-9705

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES


This 3rd  day of May, 2019

_____/s/_____
Albert C. Guthrie, Esq.
for Chapter 13 Trustee
GA Bar No. 142399




Mary Ida Townson, Chapter 13 Trustee
Suite 2200
191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
404-525-1110
albertg@atlch13tt.com