**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Patrick George Linn |
| Debtor 2 (Spouse, if filing) | Jacquelynn Delina Linn |
| United States Bankruptcy Court for the: | Northern District of Georgia (State) |
| Case number | 19-40662-bem |

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

---

**Part 1:   Mortgage Information**

**Name of creditor:**  PHH Mortgage Corporation

**Court claim no.**  (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account:   ******4804

**Property address:**   134 Farrar Road

| Number | Street |
|---|---|

| Cohutta | GA | 30710 |
|---|---|---|
| City | State | ZIP Code |

---

**Part 2:   Prepetition Default Payments**

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:      $ _____

---

**Part 3:   Postpetition Mortgage Payment**

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   ___/___/___  MM / DD / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | | |
|---|---|---|---|
| a. | Total postpetition ongoing payments due: | (a) | $ _____ |
| b. | Total fees, charges, expenses, escrow, and costs outstanding: | + (b) | $ 900.00 |
| c. | **Total.** Add lines a and b. | (c) | $ 900.00 |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   05 / 01 / 2022   MM / DD / YYYY

---

| Debtor 1 | Patrick George Linn | | | Case number *(if known)* | 19-40662-bem |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ▪ all payments received;
- ▪ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ▪ all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ _/s/ Evan Durkovic_
Signature

Date 04 / 26 / 2022

Print **Evan Durkovic**
      First Name    Middle Name    Last Name

Title  Attorney GA SBN 948332

Company  Aldridge Pite, LLP

If different from the notice address listed on the proof of claim to which this response applies:

Address  Fifteen Piedmont Center 3575 Piedmont Road, N.E. Suite 500
         Number          Street

         Atlanta                                    GA   30305
         City                                       State  ZIP Code

Contact phone ( 404 ) 994 – 7600

Email  edurkovic@aldridgepite.com

**Certificate of Service**

I hereby certify that a copy of the foregoing Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on

Date: <u>April 26, 2022</u>

| | |
|---|---|
| Chapter 13 Trustee: | K. Edward Safir |
| Trustee Address: | Standing Chapter 13 Trustee |
| | Suite 1600 |
| | 285 Peachtree Center Ave. NE |
| | Atlanta, GA 30303 |
| Trustee Email: | courtdailysummary@atlch13tt.com |
| | |
| Debtor's Counsel Name: | Dan Saeger |
| Debtor's Counsel Address: | Saeger & Associates, LLC |
| | Suite D |
| | 706 S Thornton Ave |
| | Dalton, GA 30720 |
| Debtor's Counsel Email: | dan@whitfieldcountylaw.com |
| | |
| Debtor 1 Name: | Patrick George Linn |
| Debtor 2 Name: | Jacquelynn Delina Linn |
| Debtor's Mailing Address: | 134 Farrar Rd  Cohutta, GA 30710-9705 |

<u>/s/ Evan Durkovic</u>

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Patrick George Linn |
| Debtor 2 (Spouse, if filing) | Jacquelynn Delina Linn |
| United States Bankruptcy Court for the: | Northern    District of Georgia (State) |
| Case number | 19-40662-bem |

## Official Form 410S2

# Amended Notice of PostPetition Mortgage Fees, Expenses and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** PHH Mortgage Corporation

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 4804

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No
☑ Yes. Date of the last notice: 9 / 25 / 2019

---

**Part 1:** Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 4/24/2019 | (5) | $ 500.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: 410A Loan Payment History | 4/24/2019 | (11) | $ 250.00 |
| 12. Other. Specify: Plan Review | 5/15/2019 | (12) | $ 150.00 |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

---

| Debtor 1 | Patrick | George | Linn | | Case number *(if known)* | 19-40662-bem |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

<table>
<tr><td style="background:black;color:white">**Part 2:**</td><td>**Sign Here**</td></tr>
</table>

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ */s/ Radha Gordon*
_____
Signature

Date 10 / 3 / 2019

Print: Radha Gordon
_____
First Name   Middle Name   Last Name

Title Agent for Creditor

Company Aldridge Pite, LLP
_____

Address 3575 Piedmont Road, N.E. Suite 500
_____
Number         Street
Atlanta                    GA        30305
City                       State     ZIP Code

Contact phone ( 404 ) 994– 7400

Email rgordon@aldridgepite.com

**Aldridge Pite LLP**

PO BOX 935333

Atlanta, GA 31193 5333

Phone No: (404) 994-7400

Fax No: (888) 246-7307

### Bankruptcy - Bankruptcy Services - Chapter 13 - INVOICE

| | |
|---|---|
| PHH Mortgage | Invoice #: ▮▮▮▮ |
| Andrea Jenkins | Invoice Status: Check Confirmed(Exc) |
| 2001 Bishops Gate Blvd | Input By: Danielle Washington |
| Mount Laurel, NJ 08054 | Date Submitted: 5/1/2019 |
| Re: LINN PATRICK G | Invoice Date: 4/24/2019 |
| 134 FARRAR RD | Vendor Ref #: ▮▮▮▮ |
| COHUTTA, GA 30710 9705 | Vendor Code: ALDRIDGE |
| Loan #: ▮▮▮▮ | Payee Code: FALDRIDGE |
| Loan Type: FHA | Type: Non Judicial |
| Inv. ID / Cat. ID: 5AE / 045 | |
| Cost Center: | Referral Date 4/15/2019 |
| FHA Case No: ▮▮▮▮ | |
| GSE Code: G | Acquisition Date: |
| GSE REO Rem. Code: | Paid in Full Date: N/A |
| | Foreclosure Removal N/A |
| Original Mortgage Amount: $82,800.00 | HiType 1 |
| Litigation Status Code: | Class Code |
| Man Code: B | |
| BK Case No: 19-40662-bem | |
| BK Chapter: 13 | |

Invoice ID: ▮▮▮▮
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 5/1/2019 | 5/22/2019 | 5/22/2019 | 5/22/2019 | 5/24/2019 | 5/24/2019 | 5/25/2019 |

| Fee Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Attorney Fees - Proof of Claim | | | 04/24/2019 | 1 | $500.00 | $500.00 | $0.00 | $500.00 |
| Note: Proof of Claim Recoverable | | | | | | | | |
| Attorney Fees - Proof of Claim | | | 04/24/2019 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |
| Note: Prep and/or analysis of Offical 410A form Recoverable | | | | | | | | |
| Line Item was used multiple times on the invoice | | | | | | | | |
| | | | | | | $750.00 | $0.00 | $750.00 |

| Cost Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Service Costs - Statutory Mailings | | | 04/18/2019 | 1 | $0.50 | $0.50 | $0.00 | $0.50 |
| Note: First Class Mail Non-Recoverable | | | | | | | | |
| | | | | | | $0.50 | $0.00 | $0.50 |

Case 19-40662-bem    Doc    Filed 10/04/19    Entered 10/04/19 16:05:28    Desc Main
Document    Page 4 of 5

**Aldridge Pite LLP**

PO BOX 935333

Atlanta, GA 31193 5333

Phone No: (404) 994-7400

Fax No: (888) 246-7307

## Bankruptcy - Bankruptcy Services - Chapter 13 - INVOICE

PHH Mortgage

Andrea Jenkins

2001 Bishops Gate Blvd

Mount Laurel, NJ 08054

Re: LINN PATRICK G
134 FARRAR RD
COHUTTA, GA 30710 9705

Loan #: ▮▮▮▮▮▮▮▮

Loan Type: FHA

Inv. ID / Cat. ID: 5AE / 045

Cost Center:

FHA Case No: ▮▮▮▮▮▮

GSE Code: G

GSE REO Rem. Code:

Original Mortgage Amount: $82,800.00

Litigation Status Code:

Man Code: B

BK Case No: 19-40662-bem

BK Chapter: 13

| | |
|---|---|
| Invoice #: | ▮▮▮▮▮▮▮▮ |
| Invoice Status: | Check Confirmed(Exc) |
| Input By: | Danielle Washington |
| Date Submitted: | 5/17/2019 |
| Invoice Date: | 5/16/2019 |
| Vendor Ref #: | ▮▮▮▮▮▮▮▮ |
| Vendor Code: | ALDRIDGE |
| Payee Code: | FALDRIDGE |
| Type: | Non Judicial |
| Referral Date | 5/9/2019 |
| Acquisition Date: | |
| Paid in Full Date: | N/A |
| Foreclosure Removal | N/A |
| HiType | 1 |
| Class Code | |

Invoice ID: ▮▮▮▮▮▮▮

Asset Number:

Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 5/17/2019 | 6/12/2019 | 6/12/2019 | 6/12/2019 | 6/12/2019 | 6/12/2019 | 6/13/2019 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Review of Plan | | 05/15/2019 | 1 | $150.00 | $150.00 | $0.00 | $150.00 |
| **Note: Plan Review Recoverable** | | | | | | | |
| | | | | | $150.00 | $0.00 | $150.00 |
| **Total:** | | | | | $150.00 | $0.00 | $150.00 |

**Invoice Level Exceptions**

Possible Duplicate Invoice

**Invoice Level Comment**

The classification of a fee and/or cost identified in this invoice as recoverable is based on our firm's review of the loan documents, underlying bankruptcy case, and/or default status of this account as of the time the fee and/or costs was incurred.

Execution Date Time: 09/21/2019 05:02:20 AM    Pages: 1/ 4

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA - ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-40662-BEM |
| | ) | |
| PATRICK GEORGE LINN and JACQUELYNN | ) | Chapter 13 |
| DELINA LINN, | ) | |
| | ) | |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on October 4, 2019, I served a copy of the Amended Notice of PostPetition Mortgage Fees, Expenses and Charges which was filed in this bankruptcy matter on October 4, 2019, in the manner indicated:

**The following parties have been served via e-mail**:

Dan Saeger
dan@whitfieldcountylaw.com

Mary Ida Townson
courtdailysummary@atlch13tt.com

**The following parties have been served via U.S. First Class Mail**:

Patrick George Linn and
Jacquelynn Delina Linn
134 Farrar Rd
Cohutta, GA 30710-9705

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: October 4, 2019

Signature: /s/Melissa Gonzalez
Printed Name: MELISSA GONZALEZ
Address:    Aldridge Pite, LLP
            Fifteen Piedmont Center, 3575 Piedmont
            Road, N.E., Suite 500, Atlanta, GA 30305
Phone:    (404) 994-7400
Fax:      (888) 873-6147

-1-